**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON**

_____

Date:  December 2, 2011                              Court Reporter: Kara Spitler
Courtroom Deputy:  Laura Galera

_____

Civil Case No. 11-cv-03058-RBJ

| *Parties* | *Counsel:* |
|---|---|
| ERIC BERGHORN, | Andrew Reid |
|  | Jennifer Sprangers |
| Plaintiff, |  |
| v. |  |
| DENVER PUBLIC SCHOOL BOARD OF EDUCATION, | Martin Semple |
| NATE EASLEY, JR., | Anna Burr |
| ARTURO JIMENEZ, |  |
| JEANNIE KAPLAN, |  |
| MARY SEAWELL, |  |
| BRUCE HOYT, |  |
| ANDREA MERIDA, and |  |
| THERESA PENA, individually and in their official capacities as members of the Denver Public School Board of Education, |  |
| TOM BOASBERG, individually and in his official capacity as Superintendent of Denver Public Schools, and |  |
| TED A. KRUMREICH, individually and in his official capacity as Administrative Law Judge, | Alice Hosley |
|  | John Lizza |
| Defendants. |  |

---

**COURTROOM MINUTES**

---

1

**Hearing On Motion For Temporary Restraining Order and Preliminary Injunction**

**Court in session:   10:00 a.m.**

Appearances of counsel.

10:02 a.m.     Argument by Mr. Reid regarding the Motion For Temporary Restraining Order and Preliminary Injunction Doc. # [6].

**Court in recess:    11:03 a.m.**
**Court in session:   11:24 a.m.**

Argument by Mr. Semple.

Court attempts to call an administrator and leaves a message.

Continued argument by Mr. Semple.

11:49 a.m.     Argument by Ms. Hosley.

12:14 p.m.     The school administrator returns the Court's call on the record.  The Court questions him regarding being interviewed by opposing counsel.

Statement by Mr. Semple.

12:20 p.m.     Continued argument by Ms. Hosley.

12:23 p.m.     Rebuttal argument by Mr. Reid.

**Court in recess:    12:43 a.m.**
**Court in session:   1:38 p.m.**

Opening remarks by the Court.

**ORDERED:**  Motion For Temporary Restraining Order and Preliminary Injunction Doc. # [6] is DENIED for the reasons as stated on the record.

**Court in Recess:   2:25 p.m.**

Hearing concluded.

Total time:    03:09