IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-03058-RBJ

ERIC BERGHORN,

    Plaintiff,

v.

DENVER PUBLIC SCHOOL BOARD OF EDUCATION,
NATE EASLEY, JR.,
ARTURO JIMENEZ,
JEANNIE KAPLAN,
MARY SEAWELL,
BRUCE HOYT,
ANDREA MERIDA, and
THERESA PENA, individually and in their official capacities as members of the Denver Public School Board of Education,
TOM BOASBERG, individually and in his official capacity as Superintendent of Denver Public Schools, and
TED A. KRUMREICH, individually and in his official capacity as Administrative Law Judge,

    Defendants.

---

## MINUTE ORDER REGARDING DOCKET #11

---

Entered by Judge R. Brooke Jackson

    The Court hereby GRANTS the Unopposed Motion to Dismiss with Prejudice [Docket #11]. All claims against the above-named defendants are dismissed with prejudice. Each party to bear his, her, or its own attorney's fees and costs.

    DATED this 8th day of February, 2012.